JOHN HOLDSWORTH et al., Copartners under the Firm Name of HOLDSWORTH BROS., Appellants, *v.* CHARLES T. WILLS, INC., Respondent.

Submitted October 17, 1938; decided October 18, 1938.

*Henry W. Steingarten* for motion.
*Charles P. Andrews* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion, unless appellants perfect appeal and pay ten dollars costs within ten days, in which event the motion is denied.